UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, ANTONIO DIEGO BARBOSA COUTINHO, ANA PAULA OLIVEIRA DE SOUZA COSTA, CARILYNS SARAI CAMUS JORQUERA JORQUERA, VINICIUS ASSAD DE MAGALHAES, BRIAN DE SOUZA MELO, MARCOS VINICIUS MORAIS PINTO, SILMAR DA SILVA REIS, CESAR PRIESTER ROSA, JR., NESTOR ALONSO ACEVEDO CONTRERAS, and LEILA SILVA FREIRE SOARES,<br><br>    Plaintiffs,<br><br>v.<br><br>WESTERN IOWA TECH COMMUNITY COLLEGE, PREMIER SERVICES, INC. d/b/a J&L STAFFING AND RECRUITING, INC. and also d/b/a J&L ENTERPRISES, INC., ROYAL CANIN USA, INC., TUR-PAK FOODS, INC., JULINE ALBERT, NANCY ALBRECHT, ROSANA SALGADO BURRIGHT, TERRY MURRELL, TERRY YI, JAMES ZUERCHER, and LILLY CASTRO,<br><br>    Defendants. | **CASE NO.: 5:21-cv-4001**<br><br><br>**DISMISSAL WITHOUT PREJUDICE**<br>**RE: Carilyns Sarai Camus Jorquera**<br>**WITHOUT PREJUDICE** |

    COMES NOW Plaintiff Carilyns Sarai Camus Jorquera, by and through Counsel, and hereby dismisses her claims against Defendants **without prejudice.**

                         */s/ Devin C. Kelly*
                         ROXANNE CONLIN, AT0001642
                         DEVIN C. KELLY, AT0011691
                         ROXANNE CONLIN & ASSOCIATES, P.C.
                         3721 SW 61st Street, Suite C

Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
dkelly@roxanneconlinlaw.com,
cc: dpalmer@roxanneconlinlaw.com

PAIGE FIEDLER AT0002496
paige@employmentlawiowa.com
AMY BECK AT0013022
amy@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923

ATTORNEYS FOR PLAINTIFFS