# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, et al., <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN IOWA TECH COMMUNITY COLLEGE, et al., <br><br> Defendant(s). | CASE NO. 5:21-cv-4001-LTS-KEM <br><br> **NOTICE OF DISMISSAL** |

The proposed Scheduling Order and Discovery Plan in this case was due to be submitted by no later than 04/12/2021. Pursuant to Local Rule 41(c), please submit the proposed Scheduling Order and Discovery Plan no later than 05/05/2021.

This action will be dismissed pursuant to Local Rules 41(a)(4) and 16(c), copies of which are attached, unless appropriate action is taken by no later than 05/21/2021.

DATED: 04/21/2021

        ROBERT L. PHELPS, CLERK OF COURT
        UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF IOWA

        /s/ jag
        _____
        (By) Deputy Clerk