# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, et al., | |
| Plaintiffs, | Case No. 21-CV-4001-LTS-KEM |
| vs. | **ORDER** |
| WESTERN IOWA TECH COMMUNITY COLLEGE, et al., | |
| Defendants. | |
| CENTERS AGAINST ABUSE & SEXUAL ASSAULT, | |
| Interested Party. | |

The Centers Against Abuse & Sexual Assault (CAASA), a nonparty, move to quash a subpoena requesting documents and other information served by Defendant Western Iowa Tech Community College (Western Iowa Tech). Doc. 160. I **grant** the motion **in part** and **deny** the motion **in part** (Doc. 160).

Plaintiffs in this case, citizens of Brazil, allege that Western Iowa Tech recruited them for its J-1 Visa Program. Doc. 79. They allege that they attended Western Iowa Tech to obtain degrees and experience in culinary arts or robotics, and instead, were forced to work in local factories performing manual labor. *Id.* They allege claims under the Trafficking Victims Protection Reauthorization Act, Fair Labor Standards Act, Iowa Wage Payment Collection Law, and due process clause of the Iowa Constitution, as well as claims of fraudulent misrepresentation and unjust enrichment. Docs. 79, 126.

Plaintiffs have produced evidence in discovery suggesting that they met with CAASA victim advocates regarding their situation prior to filing this lawsuit. *See* Doc.

162. WITCC therefore subpoenaed CAASA seeking documents and communications related to WITCC students in the J-1 Visa Program. *See* Doc. 160. CAASA moves to quash the subpoena, arguing that it seeks privileged information protected under the Iowa Victim Counselor Privilege, Iowa Code § 915.20A. *Id.*

Western Iowa Tech resists, arguing that the statute protects only victims of violent crime. Indeed, the statute defines victim as "a person who consults a victim counselor for the purpose of securing advice, counseling, or assistance concerning a mental, physical, or emotional condition caused by a *violent crime* committed against the person."[1] CAASA argues that the broader definition of victim contained in Iowa Code § 915.10 applies, but those definitions apply to the "subchapter, unless the context otherwise requires"; the definition relied upon by Western Iowa Tech applies "[a]s used in th[e] section" on the victim counselor privilege.[2] Thus, documents and communications related to the Plaintiffs in this case and allegations of labor trafficking are not subject to the privilege.

As CAASA notes, however, it does provide services to sexual-assault victims. The statute provides that "[u]nder no circumstances shall the location of a crime victim center or the identify of the victim counselor be disclosed in any civil or criminal proceeding."[3] Western Iowa Tech's subpoena requests the names of all CAASA staff who communicated with Western Iowa Tech students, but in response to the motion to quash, it agrees that the names of victim counselors and the locations of the crime victim centers are not discoverable and should be redacted from the production. Docs. 160, 162. Similarly, although the parties do not mention it, the subpoena is overly broad and could be read as seeking information related to any Western Iowa Tech student who

---

[1] **Iowa Code § 915.20A(1)(c)** (emphasis added).

[2] **Iowa Code §§ 915.10(3), 915.20A(1)(c)**.

[3] **Iowa Code § 915.20A(2)**.

sought services from CAASA—including sexual assault victims that have nothing to do with this case.

CAASA requests attorney's fees related to the motion to quash. As the privilege is largely inapplicable under the circumstances of this case, I decline to award attorney's fees.

The court **GRANTS IN PART AND DENIES IN PART** CAASA's motion to quash (Doc. 160). CAASA must only produce documents and information related to WITCC students in the J-1 Visa Program whose complaints were unrelated to sexual assault or other violent crimes.

**SO ORDERED** on February 10, 2023.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa