IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN IOWA TECH COMMUNITY COLLEGE, et al., <br><br> Defendants. <br><br> CENTERS AGAINST ABUSE & SEXUAL ASSAULT, <br><br> Interested Party. | Case No. 5:21-cv-04001-LTS-KEM <br><br><br> **APPEARANCE** |

The undersigned attorney hereby enters her appearance as counsel on behalf of the Interested Party, Centers Against Abuse & Sexual Assault, in the above-captioned matter.

THE WEINHARDT LAW FIRM

By: /s/ Danielle M. Shelton
    Danielle M. Shelton     AT0007184
    2600 Grand Avenue, Suite 450
    Des Moines, IA 50312
    Telephone: (515) 244-3100
    E-mail: dshelton@weinhardtlaw.com

ATTORNEYS FOR INTERESTED PARTY

PROOF OF SERVICE
The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys of record on February 24, 2023 by CM/ECF.
    Signature: /s/ Maura McNally-Cavanagh