IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, ET. AL., <br><br> Plaintiffs, <br> v. <br><br> WESTERN IOWA TECH COMMUNITY COLLEGE, ET. AL., <br><br> Defendants. | CASE NO. 5:21-cv-4001 <br><br> **MOTION TO WITHDRAW AS COUNSEL** <br> **(LEILA SILVA FREIRE SOARES'S CLAIMS AGAINST DEFENDANTS EXCEPT TURPAK FOODS, INC.)** |

COME NOW the undersigned lawyers and law firms, and in support of their Motion to Withdraw as Counsel state as follows:

1. The undersigned agreed to represent Plaintiff Leila Silva Freire Soares in this action, filing a Complaint on her behalf on January 11, 2021.

2. Unfortunately, the undersigned have been unable to maintain consistent communication with Plaintiff Soares in a manner sufficient to represent her interests while maintaining their ethical obligations to the Court and opposing counsel.

3. In the attorney-client contract between Plaintiff Soares and Roxanne Conlin and Associates, PC, Plaintiff Soares agreed to the following provision, "My attorneys have the right to withdraw from representing me if…d) I fail to cooperate in pursuing my case, or e) other good cause for withdrawal exists."

4. The undersigned has taken whatever steps they can to prevent prejudice to Plaintiff Soares while also seeking this withdrawal. Among other things, <u>at this time</u>, the undersigned are seeking to withdraw as Counsel for Plaintiff Soares on her claims against all Defendants **except** TurPak Foods, Inc. while the undersigned attempt to resolve

Plaintiff Soare's claims against Defendant TurPak Foods, Inc. The undersigned will continue to represent Plaintiff Soares, as best they can, on her claims against Defendant TurPak Foods, Inc. for the immediate future. However, the undersigned may ultimately need to withdraw from representing Plaintiff Soares on these claims as well.

5. Good cause exists for granting this Motion to Withdraw. It will have no prejudice to the claims of the other Plaintiffs, the Defendants, or the Court.

WHEREFORE the undersigned counsel respectfully request this Court GRANT this Motion to Withdraw as Counsel in accordance with the above and order that all counsel for Plaintiff Soares in this case are withdrawn as counsel for Plaintiff Soares except as to her claims against Defendant TurPak Foods, Inc.

Respectfully Submitted,

*/s/ Devin C. Kelly*
ROXANNE CONLIN, AT0001642
DEVIN C. KELLY, AT0011691
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com,
　　　dkelly@roxanneconlinlaw.com,
　　cc: dpalmer@roxanneconlinlaw.com

*/s/ Paige Fiedler*
PAIGE FIEDLER AT0002496
paige@employmentlawiowa.com
AMY BECK AT0013022
amy@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY THAT on April 11, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                */s/ Devin C. Kelly*