# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, et al, <br>     Plaintiffs, <br><br> v. <br><br> WESTERN IOWA TECH COMMUNITY COLLEGE, et al, <br><br>     Defendants. | No. 21-CV-4001-LTS-KEM <br><br> **VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) FOR <u>WITCC DEFENDANTS ONLY</u>** |

**COME NOW** Plaintiffs, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1) and hereby dismiss all counts of the above captioned case against Defendants Western Iowa Tech Community College, Juline Albert, Rosana Salgado Burright, Lily Castro, James Zuercher, Terry Yi, and Terry Murrell ("WITCC DEFENDANTS") only with prejudice.

                                     */s/ Devin C. Kelly*
                                      Roxanne Conlin
                                      Devin C. Kelly
                                      ROXANNE CONLIN & ASSOCIATES
                                      3721 SW 61st Street, Suite C
                                      Des Moines, IA 50321-2418
                                      Email: roxanne@roxanneconlinlaw.com
                                      Email: dkelly@roxanneconlinlaw.com

                                      Paige Fiedler
                                      Amy Beck
                                      FIEDLER LAW FIRM, P.L.C.
                                      8831 Windsor Parkway
                                      Johnston, IA 50131
                                      Email: paige@employmentlawiowa.com
                                      Email: amy@employmentlawiowa.com

                                      ATTORNEYS FOR PLAINTIFFS

# WITCC DEFENDANTS' STIPULATION

**COME NOW,** the Defendants, Western Iowa Tech Community College, Juline Albert, Rosana Salgado Burright, Lily Castro, James Zuercher, Terry Yi, and Terry Murrell by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

/s/ *Scott Brennan* _____
Scott Brennan (AT0001100)
Sarah Franklin (AT0009630)
Elizabeth Van Arkel (AT0011370)
Katherine Gral (AT013357)
Spencer Willems (AT0014087)
Grace E. Tobin (AT0015791)
DENTONS DAVIS BROWN
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: scott.brennan@dentons.com
Email: elizabeth.vanarkel@dentons.com
Email: katie.gral@dentons.com
Email: sarah.franklin@dentons.com
Email: spencer.willems@dentons.com
E-mail: grace.tobin@dentons.com

## PREMIER SERVICES DEFENDANTS' STIPULATION

**COME NOW**, the Defendants, Premier Services, Inc., d/b/a J&L Enterprises, also d/b/a J&L Staffing and Recruiting Inc.; and Nancy Albrecht by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of Plaintiffs' claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

_Sarah J. Millsap_____
Sarah J. Millsap, #AT0007538
Brock J. Pohlmeier (admitted *pro hac vice*)
Ann L. Zebrowksi, #AT0012033
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, NE 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363
Email: sarah.millsap@jacksonlewis.com
brock.pohlmeier@jacksonlewis.com
ann.zebrowski@jacksonlewis.com

## TUR-PAK FOOD'S STIPULATION

**COME NOW,** the Defendants, Tur-Pak Foods by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

*/s/ Thomas Joensen*
Thomas J. Joensen AT0003868
GORDON REES SCULLY MANSUKHANI, LLP
1701 Ruan Center
666 Grand Avenue
Des Moines, IA 50309
Telephone: (515) 204-2845
Email: tjoensen@grsm.com

## ROYAL CANIN USA INC.'S STIPULATION

**COME NOW,** the Defendants, Royal Canin USA Inc. by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of Plaintiffs' claims against WITCC Defendants with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).


__*Matthew J. Cannon*_____
Matthew J. Cannon (admitted pro hac vice)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
T: (312) 456-8400
F: (312) 456-8435
cannonm@gtlaw.com

Counsel for Defendant Royal Canin U.S.A., Inc.