# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, et al,<br>    Plaintiffs,<br><br>v.<br><br>WESTERN IOWA TECH COMMUNITY COLLEGE, et al,<br><br>    Defendants. | No. 21-CV-4001-LTS-KEM<br><br>**VOLUNTARY AND STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) FOR DEFENDANT TUR-PAK FOODS, INC. ONLY** |

**COME NOW** Plaintiffs, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1) and hereby dismiss all counts of the above captioned case against Defendant Tur-Pak Foods, Inc. only with prejudice.

            */s/ Devin C. Kelly    *
Roxanne Conlin
Devin C. Kelly
ROXANNE CONLIN & ASSOCIATES
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Email: roxanne@roxanneconlinlaw.com
Email: dkelly@roxanneconlinlaw.com

Paige Fiedler
Amy Beck
FIEDLER LAW FIRM, P.L.C.
8831 Windsor Parkway
Johnston, IA 50131
Email: paige@employmentlawiowa.com
Email: amy@employmentlawiowa.com

ATTORNEYS FOR PLAINTIFFS

## WITCC DEFENDANTS' STIPULATION

**COME NOW,** the Defendants, Western Iowa Tech Community College, Juline Albert, Rosana Salgado Burright, Lily Castro, James Zuercher, Terry Yi, and Terry Murrell by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against Defendant Tur-Pak Foods, Inc. with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

/s/_Scott Brennan___
Scott Brennan (AT0001100)
Sarah Franklin (AT0009630)
Elizabeth Van Arkel (AT0011370)
Katherine Gral (AT013357)
Spencer Willems (AT0014087)
Grace E. Tobin (AT0015791)
DENTONS DAVIS BROWN
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: scott.brennan@dentons.com
Email: elizabeth.vanarkel@dentons.com
Email: katie.gral@dentons.com
Email: sarah.franklin@dentons.com
Email: spencer.willems@dentons.com
E-mail: grace.tobin@dentons.com

**PREMIER SERVICES DEFENDANTS' STIPULATION**

**COME NOW**, the Defendants, Premier Services, Inc., d/b/a J&L Enterprises, also d/b/a

J&L Staffing and Recruiting Inc.; and Nancy Albrecht by and through their undersigned counsel,

and hereby stipulate to the voluntary dismissal of Plaintiffs' claims against Defendant Tur-Pak

Foods, Inc. with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).


_/s/ Sarah J. Millsap_____
Sarah J. Millsap, #AT0007538
Brock J. Pohlmeier (admitted *pro hac vice*)
Ann L. Zebrowksi, #AT0012033
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, NE 68114
Telephone: (402) 391-1991
Facsimile: (402) 391-7363
Email: sarah.millsap@jacksonlewis.com
brock.pohlmeier@jacksonlewis.com
ann.zebrowski@jacksonlewis.com

**TUR-PAK FOOD'S STIPULATION**

**COME NOW,** the Defendants, Tur-Pak Foods by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of claims against Defendant Tur-Pak Foods, Inc. with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).

*/s/ Thomas Joensen*
Thomas J. Joensen AT0003868
GORDON REES SCULLY MANSUKHANI, LLP
1701 Ruan Center
666 Grand Avenue
Des Moines, IA 50309
Telephone: (515) 204-2845
Email: tjoensen@grsm.com

**ROYAL CANIN USA INC.'S STIPULATION**

**COME NOW,** the Defendants, Royal Canin USA Inc. by and through their undersigned counsel, and hereby stipulate to the voluntary dismissal of Plaintiffs' claims against Defendant Tur-Pak Foods, Inc. with prejudice without court order pursuant to Federal Rule of Civil Procedure 41(a)(ii).


_/s/ Matthew J. Cannon_____
Matthew J. Cannon (admitted pro hac vice)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
T: (312) 456-8400
F: (312) 456-8435
cannonm@gtlaw.com

Counsel for Defendant Royal Canin U.S.A., Inc.