# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA WESTERN DIVISION

| | |
|---|---|
| JACQUELINE DE BRITTO BUCCO, et al, <br>   Plaintiffs, <br><br> v. <br><br> PREMIER SERVICES, INC., ET AL., <br>   Defendants. | No. 21-CV-4001-LTS-KEM <br><br> **PLAINTIFFS' NOTICE OF SETTLEMENT** <br> **RE: DEFENDANTS PREMIER SERVICES, INC., d/b/a J&L STAFFING AND RECRUITING, INC., and also d/b/a J&L ENTERPRISES, INC.** <br> **and** <br> **NANCY ALBRECHT** |

  **COME NOW** Plaintiffs, through counsel, and give notice that Plaintiffs and DEFENDANTS PREMIER SERVICES, INC., d/b/a J&L STAFFING AND RECRUITING, INC., and also d/b/a J&L ENTERPRISES, INC. and NANCY ALBRECHT have resolved their claims. The parties expect to finalize their dismissal within the next 60 days.

            */s/ Devin C. Kelly*
           Roxanne Conlin
           Devin C. Kelly
           ROXANNE CONLIN & ASSOCIATES
           3721 SW 61st Street, Suite C
           Des Moines, IA 50321-2418
           Email: roxanne@roxanneconlinlaw.com
           Email: dkelly@roxanneconlinlaw.com

           Paige Fiedler
           Amy Beck
           FIEDLER LAW FIRM, P.L.C.
           8831 Windsor Parkway
           Johnston, IA 50131
           Email: paige@employmentlawiowa.com
           Email: amy@employmentlawiowa.com

           ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY THAT on February 4, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

      */s/ Devin C. Kelly*